David W. Knotts, ISB No. 3627
Carsten A. Peterson, ISB No. 6373
Nicole O'Toole, ISB No. 11247
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5201
Email: dknotts@hawleytroxell.com
       cpeterson@hawleytroxell.com
       notoole@hawleytroxell.com

*Attorneys for Defendants Selah Worley and William Rogers*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES EDWARD JONES,<br><br>         Plaintiff,<br><br>vs.<br><br>WILLIAM ROGERS and SELAH WORLEY,<br><br>         Defendants. | 1:23-cv-00481-BLW<br><br>Case No. ~~1:21-cv-00340-BLW~~<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

62587.0010.16149869.3

DATED THIS  18th  day of  december , 2023.

                                  PRO SE PLAINTIFF

                                  By _____
                                  James Edward Jones
                                  *Pro Se Plaintiff*

DATED THIS  28th  day of  December , 2023.

                                  HAWLEY TROXELL ENNIS & HAWLEY LLP

                                  By _____
                                  Carsten A. Peterson
                                  *Attorneys for Defendants William Rogers and Selah Worley*

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

62587.0010.16149869.3