UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES EDWARD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM ROGERS and SELAH WORLEY;<br><br>    Defendants. | Case No. 1:23-cv-00481-BLW[1]<br><br>**ORDER** |

The parties have signed and filed a Stipulation for Dismissal with Prejudice. (Dkt. 7.) In accordance with the parties' Stipulation and good cause appearing, **IT IS ORDERED** that this entire action is DISMISSED with prejudice, without costs and attorney fees to any party.

DATED: February 5, 2024

B. Lynn Winmill
U.S. District Court Judge

---

[1] Because Defendant Corizon filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (Case No. 2390086-CML filed February 13, 2023), this Court severed the claims from Case No. 1:21-cv-340-BLW against individual Defendants William Rogers and Selah Worley into this new action.

**ORDER REQUIRING PARTIES TO ACT - 1**