UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES EDWARD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM ROGERS and SELAH WORLEY;<br><br>    Defendants. | Case No. 1:23-cv-00481-BLW<br><br>**JUDGMENT** |

In accordance with the Order dismissing this case entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED with prejudice. Upon entry of judgment, the Clerk of Court shall close this case.

DATED: February 5, 2024

B. Lynn Winmill
U.S. District Court Judge